February 2, 1978

C. A. No. 77-89. STATE *v*. WARREN FIFER. The state's motion to dismiss the defendant's appeal on the basis that the defendant has died is granted. The judgment appealed from is vacated and the case is remanded to Superior Court with direction to dismiss the indictment. *State* v. *Marzilli*, 111 R.I. 392, 303 A.2d 367 (1973). *Julius C. Michaelson*, Attorney General, *Nancy Marks Rahmes*, Special Assistant Attorney General, for plaintiff. *William T. Murphy*, for defendant.

APPEAL No. 77-148. IN THE MATTER OF DENISE RICH AND KEVIN RICH. The motion of the Department of Social and Rehabilitative Services to affirm the judgment below pursuant to Rule 16(g) is denied.

This case is assigned to the calendar for March 6, 1978, 9:30 a.m., for oral argument. The petitioner, Shirlee Zolnierz, is ordered to appear and *show cause* why her appeal should not be dismissed in view of the fact that there was evidence to support the finding of the trial justice that the best interest of the children would dictate that their custody remain with the Department of Social and Rehabilitative Services, Child Welfare Services. See *Zinni* v. *Zinni*, 103 R.I. 417, 238 A.2d 373 (1968). *Shirlee Zolnierz*, pro se, petitioner. *Raymond E. Shawcross*, Legal Counsel, Child Welfare Services.

APPEAL No. 77-150. JACOB NEVECHERLIAN *v*. JOHN D. VALERIO *et al*. The defendants' motion to affirm the judgment below pursuant to Rule 16(g) is granted. *Leo P. Attilli*, for plaintiff. *Roberts & Willey Incorporated, Bruce G. Tucker*, for defendants.